IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDWARD J. VALE,

    Plaintiff,

vs.                                        CASE NO. 4:07CV283-SPM/AK

MICHAEL LORD, et al,

    Defendants.

_____/

**O R D E R**

Service of the First Amended Complaint (doc. 28) was attempted on April 18, 2008, but was returned un-executed by the process server at Reception Medical Center on Defendant Michael Lord with the annotation that he is an independent orthopedic surgeon. (Doc. 36). With this the only address for service, the United States Marshals Service will attempt personal service upon Defendant Michael Lord at his work address at Reception Medical Center.

Accordingly, it is

**ORDERED:**

1. The Clerk shall again issue summons for Defendant Michael Lord at **Reception Medical Center, 7765 S. CR 231, Lake Butler, Florida 32054-0628**, indicating that he has sixty (60) days in which to file a response to the complaint, and refer the summonses to the United States Marshals, along with a service copy of Plaintiff's complaint (doc. 28).

2. The Clerk shall also prepare and send the Marshal a copy of this order.

3. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, and within 30 days from the date of entry of this order on the docket, the United States Marshal or a Deputy United States Marshal shall serve a copy of the **civil rights complaint, summons, and this order** upon Defendant Michael Lord.  Service shall be accomplished **by personally serving Dr. Michael Lord at his place of employment listed above.**  All costs of service shall be advanced by the United States.

4. In accordance with local practice in this district, Defendant Lord shall have 60 days in which to file a response to the complaint.

5. No motion for summary judgment shall be filed by any party prior to entry of an Initial Scheduling Order without permission of the Court.

6. Counsel for Defendants shall file a notice of appearance within thirty (30) days of the date of service.

7. Plaintiff is advised that after a response to the complaint has been filed, no further amendments to the complaint shall be permitted by the Court unless, as required

by Rule 15 of the Federal Rules of Civil Procedure, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint. N.D. Fla. Loc. R. 15.1.

      8. In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent, the form should be signed and forwarded to counsel for Defendants. If Defendants wish to consent, the form should be signed and returned to the Clerk.

      9. After a notice of appearance has been filed, Plaintiff shall be required to mail to the attorney for each Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the Court. Plaintiff shall include with each pleading, motion, or other paper to be filed with the Clerk of the Court a certificate stating the date an identical copy of the paper was mailed to each Defendant or to the attorney representing each Defendant. Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the Court.

      10. Plaintiff is reminded to keep the Clerk of Court advised of any change in his mailing address should he be transferred, released from prison, or otherwise be relocated. Failure to do so may result in the dismissal of Plaintiff's action for failure to

prosecute should court orders not be able to reach Plaintiff.

**DONE AND ORDERED** on this the 13th day of June, 2008.

s/ A Kornblum
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

**No. 4:07cv283-spm/ak**