**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**EDWARD J. VALE,**

      **Plaintiff,**

**vs.**                                                                   **CASE NO. 4:07CV283-SPM/AK**

**MICHAEL LORD, et al,**

      **Defendants.**

_____/


**O R D E R**

      Presently before the Court is Defendant Michael Lord's Motion for Enlargement

of Time to respond to the complaint.  (Doc. 43).  Having considered said motion, the

Court is of the opinion that it should be **GRANTED**, and Defendant Lord shall respond

to the complaint on or before **November 17, 2008.**

      **DONE AND ORDERED** on this the 18th day of September, 2008.


                     s/ A Kornblum
                     **ALLAN KORNBLUM
                     UNITED STATES MAGISTRATE JUDGE**