# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**EDWARD J. VALE,**

    **Plaintiff,**

**vs.**                                                                                         **CASE NO. 4:07CV283-SPM/AK**

**MICHAEL LORD, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendant Michael Lord's Second Motion for Enlargement of Time to respond to the complaint. (Doc. 45). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant Lord shall respond to the complaint on or before **January 9, 2009.**

**DONE AND ORDERED** on this the  _**18**<sup>th</sup>_  day of November, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**