### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

EDWARD J. VALE,

    Plaintiff,

vs.                                        CASE NO. 4:07CV283-SPM/AK

MICHAEL LORD, et al,

    Defendants.

_____/

### O R D E R

Presently before the Court is Plaintiff's Motion to Extend Time to respond to Defendant Michael Lord's Motion to Dismiss. (Doc. 51). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall respond to the motion on or before **February 27, 2009.**

**DONE AND ORDERED** on this the  **27**$^{th}$  day of January , 2009.

                        *s/ A. KORNBLUM*
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**