**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**EDWARD J. VALE,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　**CASE NO. 4:07CV283-SPM/AK**

**MICHAEL LORD, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Plaintiff's Second Motion to Extend Time to respond to Defendant Michael Lord's Motion to Dismiss, wherein he asks for sixty days (or thirty days minimum) because he is in jail and has no access to his legal files. (Doc. 53). The Court will grant him one more extension of time for thirty days, but unless he has copies of grievances he alleges he filed on the claims he is asserting in this lawsuit or some other proof that he exhausted administrative remedies when previously incarcerated, there is nothing necessary to obtain from his legal files and no need to delay these proceedings further awaiting his response to Defendants Motion to Dismiss for failure to exhaust administrative remedies. (See Doc. 50).

Accordingly, it is

**ORDERED:**

Plaintiff's Second Motion to extend time (doc. 53) is **GRANTED**, but only for thirty days. Plaintiff shall file his response to the pending motion to dismiss on or before March 26, 2009.

**DONE AND ORDERED** on this the **26th** day of February, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**