IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDWARD J. VALE,

    Plaintiff,

vs.                                                         4:07-CV-283-SPM/AK

MICHAEL LORD, et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion for an Extension of Time to Respond to the Report and Recommendation (doc. 66), filed July 30, 2009. As grounds for the motion, Plaintiff states that he has recently been transferred to another prison and requires additional time for research.

The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 66) is *granted*.

2.     The Plaintiff shall have until *September 7, 2009,* to respond to the Magistrate Judge's Report and Recommendation.

**DONE AND ORDERED** this fifth day of August, 2009.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge